**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

BRAD LEE HEROLD, AS EXECUTOR OF THE ESTATE OF WILLIAM L. HEROLD

v.

UNIVERSITY OF PITTSBURGH - OF COMMONWEALTH SYSTEM OF HIGHER EDUCATION AND 3M COMPANY; ABB MOTORS AND MECHANICAL, INC. F/K/A BALDOR ELECTRIC COMPANY; ALLIED GLOVE CORPORATION; A.O. SMITH CORPORATION; ARMSTRONG INTERNATIONAL, INC.; AURORA PUMP COMPANY; BALTIMORE AIRCOIL COMPANY, INC.; BEAZER EAST, INC. INDIVIDUALLY AND AS SUCCESSOR TO KOPPERS COMPANY, INC., AND SUCCESSOR-IN INTEREST TO THIEM CORPORATION AND UNIVERSAL REFRACTORIES COMPANY; BMI REFRACTOR SERVICES, INC.; INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PREMIER REFRACTORIES, INC., F/K/A ADIENCE, INC., SUCCESSOR-IN-INTEREST TO ADIENCE COMPANY, LP, AS SUCCESSOR TO BMI, INC.;BURNHAM BOILER CORPORATION N/D/B/A BURNHAM COMMERCIAL; BRYAN STEAM, LLC; CARRIER CORPORATION; CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION AND WESTINGHOUSE AIR BRAKE COMPANY; CLEAVER BROOKS, INC., F/K/A AQUA-CHEM, INC. D/B/A CLEAVER BROOKS DIVISION; CRANE CO.; DELVAL EQUIPMENT

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 94 WAL 2023

Petition for Allowance of Appeal from the Order of the Commonwealth Court

CORPORATION; DEZURIK, INC.; DONALD MCKAY SMITH, INC.; DUNHAM-BUSH, INC.; E.E. ZIMMERMAN COMPANY; EATON CORPORATION IN ITS OWN RIGHT AND AS SUCCESSOR TO CUTLER-HAMMER,INCORPORATED; EICHLEAY CORPORATION; FERRO ENGINEERING DIVISION OF ON MARINE SERVICES COMPANY, LLC, F/K/A OGLEBAY NORTON COMPANY;FLOWSERVE US, INC., INDIVIDUALLY AND AS SUCCESSOR TO BYRON JACKSON PUMPS, FLOWSERVEGESTRA, DURAMETALLIC CORP., ALDRICH PUMPS; CAMERON PUMPS; VOGT VALVES;WILSON-SNYDER CENTRIFUGAL PUMP; AND ROCKWELL VALVES; FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY, CHICAGO PUMP COMPANY, STERLING FLUID SYSTEM, INC. AND FORMER SUBSIDIARY CROSBY VALVE, INC.; FOSECO, INC.; FOSTER WHEELER CORPORATION; GARDNER DENVER, INC.; GENERAL ELECTRIC COMPANY; GRINNELL LLC; GOULDS PUMPS, LLC; I.U. NORTH AMERICA, INC.; AMERICA, INC. AS SUCCESSOR-BY-MERGER TO THE GARP COMPANY, F/K/A THE GAGE COMPANY, F/K/A PITTSBURGH GAGE AND SUPPLY COMPANY; IMO INDUSTRIES, INC., F/K/A IMO DELAVAL, INC., F/K/A TRANSAMERICAN DELAVAL, INC., F/K/A DELAVAL TURBIN, INC., DELAVAL TURBIN, INC., DEVALCO CORPORATION; INGERSOLL-RAND COMPANY; INSUL COMPANY, INC.; ITT CORPORATION, F/K/A ITT INDUSTRIES, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BELL & GOSSETT DOMESTIC PUMP; J.H. FRANCE REFRACTORIES COMPANY; KRUMAN EQUIPMENT COMPANY; MALLINCKRODT US LLC, IN ITS OWN RIGHT AND AS SUCCESSOR-IN-INTEREST TO IMCERA

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

GROUP, INC., AND INTERNATIONAL                      :
GROUP, INC., AND INTERNATIONAL                      :
MINERALS AND CHEMICAL                               :
CORPORATION, AND AS SUCCESSOR-                      :
IN-INTEREST TO E.J. LAVINO; MINE                    :
SAFETY APPLIANCES COMPANY, LLC AS                   :
SUCCESSOR-IN-INTEREST BY MERGER                     :
WITH MINE SAFETY APPLIANCES                         :
COMPANY; MINNOTTE CONTRACTING                       :
CORPORATION; M.S. JACOBS &                          :
ASSOCIATES, INC.; NAGLE PUMPS, INC.;                :
PEERLESS INDUSTRIES, INC.; POWER                    :
PIPING COMPANY; RILEY POWER INC.;                   :
SAFETY FIRST INDUSTRIES, INC., IN ITS               :
OWN RIGHT AND AS SUCCESSOR-IN-                      :
INTEREST TO SAFETY-FIRST SUPPLY,                    :
INC.; SCHNEIDER ELECTRIC USA, INC.                  :
F/K/A SQUARE D COMPANY, IN ITS OWN                  :
RIGHT AND AS SUCCESSOR TO THE                       :
ELECTRIC CONTROLLER AND                             :
MANUFACTURING (EC&M); SPIRAX                        :
SARCO, INC.; SPX COOLING                            :
TECHNOLOGIES, INC., F/K/A MARLEY                    :
COOLING TECHNOLOGIES INC., F/K/A                    :
THE MARLEY COOLING COMPANY;                         :
TACO, INC. F/K/A TACO HEATERS, INC.;                :
THE GOODYEAR TIRE & RUBBER                          :
COMPANY; THE GORDON-RUPP                            :
COMPANY; THE H.B. SMITH COMPANY,                    :
INC.; TRANE U.S. INC., SUCCESSOR-BY-                :
MERGER TO AMERICAN STANDARD,                        :
INC., UNION CARBRIDE CORPORATION;                   :
UNITED STATES STEEL CORPORATION;                    :
WARREN PUMPS LLC; WEIL-MCLAIN                       :
COMPANY, INC.; YORK INTERNATIONAL                   :
CORPORATION; AND ZURN INDUSTRIES,                   :
LLC F/K/A ZURN INDUSTRIES, INC. A/K/A               :
ERIE CITY IRON WORKS                                :
                                                    :
                                                    :
                                                    :
PETITION OF: UNIVERSITY OF                          :
PITTSBURGH - OF THE                                 :
COMMONWEALTH SYSTEM OF HIGHER                       :
EDUCATION

# ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

Whether the Commonwealth Court opinion:

     (A) conflicts with other appellate court decisions,

         in that it:

         (1) fails to overrule the [t]rial [c]ourt's determination that the [t]rial [c]ourt, rather than the workers' compensation authorities, has subject matter jurisdiction over Mr. Herold's asbestos-related occupational disease claim against his employer under the ODA, and

         (2) fails to uphold the express language of the Pennsylvania Occupational Disease Act, including its exclusive remedy provision; and

     (B) presents questions of substantial public importance that require prompt and definitive resolution by the Supreme Court of Pennsylvania.

The Application for Relief in the Nature of a Stay, the Supplemental Answer to Application for Relief in the Nature of a Stay, and the Application for Leave to File Notice of Supplemental Authority to Application for Relief in the Nature of a Stay are **DENIED** as moot.